# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREL WAYNE WIMBLEY,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 71455

FILED

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On October 3, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. The documents before this court indicate that appellant has not yet been sentenced. Although NRS 177.015(3) indicates that appellant may appeal from "a final judgment or verdict in a criminal case," there was no final judgment or verdict that could be the subject of this appeal. Because there was not an "announcement of a decision, sentence or order" at the time appellant filed his notice of appeal, we cannot treat this as a premature appeal from the judgment of conviction. *See* NRAP 4(b)(2). Based on appellant's failure to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Kathleen E. Delaney, District Judge
Darrel Wayne Wimbley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk